■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARZILOUS TUCKER, Also Known as THOMAS RICHARD, Appellant. [784 NYS2d 859]—Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered September 30, 2002, convicting defendant, after a jury trial, of criminal possession of a controlled substance in the third degree, and sentencing him to a term of 2 to 6 years, unanimously affirmed.

The verdict was not against the weight of the evidence. Issues of credibility, including the weight to be given to police clerical errors and minor inconsistencies in testimony, were properly considered by the jury and there is no basis for disturbing its determinations (see People v Gaimari, 176 NY 84, 94 [1903]). The fact that the jury rendered a mixed verdict does not warrant a different conclusion (see People v Rayam, 94 NY2d 557 [2000]). Concur—Andrias, J.P., Sullivan, Ellerin, Lerner and Marlow, JJ.

■ In the Matter of ANTHONY BLOUNT, Appellant, v NEW YORK CITY CIVIL SERVICE COMMISSION et al., Respondents. [784 NYS2d 860]—

Judgment, Supreme Court, New York County (Saralee Evans, J.), entered October 14, 2003, which, in a proceeding to annul respondent Civil Service Commission's affirmance of respondent Department of Sanitation's termination of petitioner's employment upon findings that he attempted to steal supplies intended for rescue workers at the World Trade Center site, granted respondents' motion to dismiss the proceeding for failure to state a cause of action, unanimously affirmed, without costs.

The Commission's determination is not judicially reviewable in the absence of allegations implicating a constitutional right, or sufficient to show that the Commission acted illegally, unconstitutionally or in excess of its jurisdiction (Matter of New York City Dept. of Envtl. Protection v New York City Civ. Serv. Commn., 78 NY2d 318, 323-324 [1991]). In any event, the penalty of dismissal does not shock our sense of fairness (cf. Matter of Alfieri v Murphy, 38 NY2d 976, 977 [1976]). Concur—Andrias, J.P., Sullivan, Ellerin, Lerner and Marlow, JJ.